UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00515-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  FIDEL MICHAEL ROMERO,

    Defendant.

## ORDER

This matter is before the Court following a conference with counsel for the parties. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, April 2, 2010,** and responses to these motions shall be filed by **Friday, April 16, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, April 20, 2010, at 10:00 a.m. in courtroom A-1002** It is

FURTHER ORDERED that a 4-day jury trial is set for **Monday, May 3, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated this 8th day of March, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief U. S. District Judge