UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00515-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FIDEL MICHAEL ROMERO,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the motions hearing set for Tuesday, April 20, 2010 at 10:00 a.m. is rescheduled to **Friday, May 28, 2010 at 11:00 a.m.** The parties shall meet and confer and submit a status report no later than **Friday, May 21, 2010,** which identifies (1) the motions that the parties have resolved; (2) the motions to be addressed at the hearing; and (3) specifies whether witnesses or other evidence will be necessary for a particular motion.

    The Government shall respond to Defendant's Motions no later than **Friday, April 23, 2010.**

    The four-day jury trial set for Monday, May 3, 2010 is hereby **VACATED.**

    Dated: April 14, 2010