**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00515-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FIDEL MICHAEL ROMERO,

    Defendant.

## ORDER

    THIS MATTER comes before the Court on Government's Motion to Dismiss Counts 1, 2, and 3 of the Indictment, filed October 18, 2010. After a review of the file and the motion, It is hereby

    ORDERED that Government's Motion to Dismiss Counts 1, 2, and 3 of the Indictment [doc. #31], filed October 18, 2010, is **GRANTED.** It is further

    ORDERED that Counts 1, 2, and 3 of the Indictment are dismissed.

    Dated: November 1, 2010.

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        WILEY Y DANIEL
                        CHIEF UNITED STATES DISTRICT JUDGE